FILED
July 09, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002765819

THE SUNTAG LAW FIRM
A Professional Corporation
DANA A. SUNTAG (California State Bar No. 125127)
ZOEY P. MERRILL (California State Bar No. 268331)
The Kress Building
20 North Sutter Street, Fourth Floor
Stockton, California 95202
Telephone: (209) 943-2004
Facsimile: (209) 943-0905

Attorneys for Chapter 7 Trustee
GARY R. FARRAR

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In Re:

RODNEY PAUL CORGIAT and
JESSICA SHEREE CORGIAT,

Debtors.

NO: 10-91525-E-7

DC No.: SLF 2

MOTION FOR AUTHORIZATION TO SELL THE ESTATE'S INTEREST IN A VEHICLE

Date: August 11, 2010
Time: 10:30 a.m.
Place: Department E
Honorable Ronald H. Sargis

        Chapter 7 Trustee Gary R. Farrar respectfully moves for authorization to sell the estate's interest in a 2000 Ford Ranger (the "Ford").

        Under the proposed sale, Debtors Rodney Paul Corgiat and Jessica Sheree Corgiat (the "Debtors") will buy all of the estate's interest in the Ford for $1500.

        The Trustee believes the sale of the Ford is in the best interests of the creditors and this Court should approve it pursuant to Bankruptcy Code Section 363(b).

        The Trustee represents the following:

        1.    On April 23, 2010, the Debtors filed the Bankruptcy Case. Gary R. Farrar was appointed Chapter 7 Trustee. (Farrar Decl. ¶ 2).

MOTION FOR AUTHORIZATION
TO SELL THE ESTATE'S      1
INTEREST IN A VEHICLE

2. The Debtors disclosed an interest in the Ford in their Schedules. They valued the Ford at $5065 and did not exempt any interest in it. (Farrar Decl. ¶ 3).

3. The Ford is property of the bankruptcy estate. (Farrar Decl. ¶ 4).

4. The Trustee wishes to liquidate the Ford and obtain the maximum value for the estate. The Trustee entered into negotiations with the Debtors, through their attorney. (Farrar Decl. ¶ 5).

5. As a result of the negotiations, the Trustee has entered into a proposed sale with the Debtors under which the Debtors will purchase the Ford for $1500 (the "Purchase Amount") (collectively, the "Sale"). (Farrar Decl. ¶ 6, Ex. A).

6. The Sale is conditional on Bankruptcy Court approval of this motion and is subject to overbidding at the hearing on this Motion. (Farrar Decl. ¶ 7).

7. Bankruptcy Code Section 363(b) provides that a trustee, after notice and a hearing, may sell property of the bankruptcy estate other than in the ordinary course of business. (Farrar Decl. ¶ 8).

8. The Trustee believes the Sale is in the best interests of creditors. (Farrar Decl. ¶ 9).

WHEREFORE, the Trustee respectfully requests that the Court grant this motion for authorization to sell the Ford, and that it grant such further and other relief as may be just and proper.

Dated: July 6, 2010

THE SUNTAG LAW FIRM
A Professional Corporation

By: /s/ Dana A. Suntag
DANA A. SUNTAG
Attorneys for Chapter 7 Trustee
GARY R. FARRAR